IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hornig, Cynthia L

Printed: 12/23/08

Case Number: 07 B 11892
Judge: Squires, John H
Filed: 7/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 12, 2008
Confirmed: September 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,136.00 |  |
| Secured: |  | 20,201.34 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,579.20 |
| Trustee Fee: |  | 1,355.46 |
| Other Funds: |  | 0.00 |
| Totals: | 23,136.00 | 23,136.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,579.20 | 1,579.20 |
| 2. | CitiMortgage Inc | Secured | 18,777.60 | 16,273.92 |
| 3. | Healthcare Associates Credit Union | Secured | 7,037.85 | 1,958.28 |
| 4. | Healthcare Associates Credit Union | Secured | 960.00 | 960.00 |
| 5. | CitiMortgage Inc | Secured | 14,406.50 | 1,009.14 |
| 6. | RoundUp Funding LLC | Unsecured | 111.36 | 0.00 |
| 7. | Capital One | Unsecured | 150.04 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 102.70 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 30.80 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 99.44 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 678.72 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 54.54 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 88.61 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 114.67 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 96.58 | 0.00 |
| 16. | Capital One | Unsecured | 931.39 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 231.17 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 136.00 | 0.00 |
| 19. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 20. | Chase Cardmember Services | Unsecured |  | No Claim Filed |
| 21. | LVNV Funding | Unsecured |  | No Claim Filed |
| 22. | Healthcare Associates Credit Union | Unsecured |  | No Claim Filed |
| 23. | MBNA America | Unsecured |  | No Claim Filed |
| 24. | Providian Bancorp | Unsecured |  | No Claim Filed |
| 25. | Pier 1 Imports Inc | Unsecured |  | No Claim Filed |
| 26. | Verizon Wireless | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hornig, Cynthia L

Printed: 12/23/08

Case Number: 07 B 11892
Judge: Squires, John H
Filed: 7/3/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Newport News | Unsecured |  | No Claim Filed |
|  |  | $ 45,587.17 | $ 21,780.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 728.60 |
| 6.5% | 626.86 |
|  | $ 1,355.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

